# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 7, 2021

Bridget M. McCormack,
Chief Justice

162688(47)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 162688
COA: 353570
Ontonagon CC: 19-000047-AR

RONALD DEAN EHINGER,
     Defendant-Appellant.
_____/

     On order of the Chief Justice, the motion of defendant-appellant to exceed the page limitation for his application for leave to appeal is GRANTED. The 62-page application submitted on April 2, 2021, is accepted for filing.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 7, 2021

Clerk